IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

#41891

| | | |
|---|---|---|
| IN RE: | : | |
| JOCELYN D. MILLER | : | Case No. 08 B 26892 |
| | : | Judge: Eugene R. Wedoff |
| | : | |
| Debtors. | : | |

**STATEMENT OF FINAL MORTGAGE CURE AMOUNT**

NOW COMES MB FINANCIAL BANK, N.A., by and through its attorney Raymond J. Ostler of Gomberg, Sharfman, Gold & Ostler, P.C., and files this statement of outstanding obligation with respect to the Debtor Jocelyn D. Miller;

1) During the period of November 1, 2008, through June 2009, post-petition payments in the amount of $15,813.60 have come due. The Debtor has made payments in the total amount of $13,150.39. See details on attached Exhibit "A".

2) As a result of the difference in the amount received versus the amount due there is a post-petition shortage of $2,663.21 through June 2009.

                                                  Respectfully Submitted,

By: /s/Raymond J. Ostler
      On behalf of MB Financial Bank, N.A.

Gomberg, Sharfman, Gold & Ostler, P.C.
208 S. LaSalle, Suite 1410
Chicago, Illinois 60604
312-332-6194 phone
312-332-4083 fax
Firm Email gsgo@gsgolaw.com
Attorney's No. 90334

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

#41891

| | | |
|---|---|---|
| IN RE: | : | |
| JOCELYN D. MILLER | : | Case No. 08 B 26892 |
| | : | Judge: Eugene R. Wedoff |
| | : | |
| Debtors. | : | |

**NOTICE OF FILING**

To:  **Notified by Mail:**
JOCELYN D. MILLER, 6516 S. Artesian Street, Chicago, IL 60629
**Notified by Electronic Filing:**
Patrick Semrad, 407 S. Deaborn, Suite 600, Chicago, IL 60605
Marilyn O. Marshall, 224 S. Michigan Avenue, Suite 800, Chicago IL 60604-2500

Please take notice that on July 17, 2009    I caused to be filed in the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the attached following document:

**STATEMENT OF FINAL MORTGAGE CURE AMOUNT**

  /s/   Raymond J. Ostler
Raymond J. Ostler, on behalf of
MB Financial Bank

GOMBERG, SHARFMAN, GOLD AND OSTLER, P.C.
208 South LaSalle Street, Suite 1410
Chicago, IL 60604-1003
(312) 332-6194 phone
(312) 332-4083 fax

CERTIFICATE OF SERVICE

Raymond J. Ostler, being duly sworn on oath, deposes and says that he served the above and foregoing notice and document was mailed to the above named respondents by placing a true copy thereof in an envelope addressed as aforesaid, and placing the same in the U.S. Mails, postage prepaid on July 17, 2009, before the hour of 5:00 p.m. at 208 S. LaSalle Street, Chicago, Illinois, 60604-1003 unless a copy was provided electronically by the Clerk of the Bankruptcy Court as noted above.

  /s/   Raymond J. Ostler